# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Cannon, Hope T. | **2. Court or Organization**<br><br>United States District Court - Northern District of Florida | **3. Date of Report**<br><br>04/15/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>U.S. District Court<br>One North Palafox Street<br>Pensacola, FL 32502 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | LNT Holdings, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | University of Alabama defined benefit pension plan (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Santa Rosa County Board of Education |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Regions Bank | Mortgage (investment property) | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Regions Bank (cash) | A | Interest | L | T | | | | | |
| 3. BBVA Compass (cash) | A | Interest | M | T | | | | | |
| 4. LNT Holdings, LLC (Investment Property #1, South Walton County, FL) | | None | O | W | | | | | |
| 5. Ameriprise Deposit Account (cash) (X) | A | Interest | K | T | | | | | |
| 6. Account #1 (H) | | | | | | | | | |
| 7. Regions Trust Cash Sweep (cash) | A | Interest | K | T | | | | | |
| 8. AbbVie Inc (00287Y109) | A | Dividend | J | T | Buy | 02/07/20 | J | | |
| 9. Air Products & Chemicals Inc (009158106) | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 10. Apple Inc (037833100) | A | Dividend | | | Sold | 10/06/20 | J | B | |
| 11. AT&T Inc (00206R102) | | None | | | Sold | 01/08/20 | J | A | |
| 12. Bank of America Corp (060505104) | A | Dividend | J | T | | | | | |
| 13. BlackRock Inc (09247X101) | A | Dividend | J | T | | | | | |
| 14. Bristol-Myers Squibb Co (110122108) | A | Dividend | J | T | | | | | |
| 15. Chevron Corp (166764100) | A | Dividend | J | T | | | | | |
| 16. Cicso Systems Inc (17275R102) | A | Dividend | J | T | Buy | 01/08/20 | J | | |
| 17. | | | | | Sold<br>(part) | 10/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Coca-Cola Co/The (191216100) | A | Dividend | J | T | Buy (add'l) | 04/14/20 | J | | |
| 19.  Comcast Corp (20030N101) | A | Dividend | J | T | | | | | |
| 20.  ConocoPhillips (20825C104) | A | Dividend | J | T | Buy | 01/08/20 | J | | |
| 21.  CVS Health Corp (126650100) | A | Dividend | J | T | Buy (add'l) | 10/06/20 | J | | |
| 22.  Dominion Resources Inc/VA (25746U109) | A | Dividend | J | T | Buy (add'l) | 01/08/20 | J | | |
| 23.  DowDuPont Inc (26078J100) | | None | | | Sold | 02/07/20 | J | | |
| 24.  Eli Lilly & Co (532457108) | A | Dividend | J | T | | | | | |
| 25.  Equity Residential (29476L107) | A | Dividend | | | Sold | 05/28/20 | J | | |
| 26.  Exelon Corp (30161N101) | A | Dividend | J | T | Buy | 04/16/20 | J | | |
| 27.  Exxon Mobil Corp (30231G102) | A | Dividend | J | T | Buy (add'l) | 01/08/20 | J | | |
| 28. | | | | | Sold (part) | 10/06/20 | J | | |
| 29.  Fifth Third Bancorp (316773100) | A | Dividend | | | Buy | 01/08/20 | J | | |
| 30. | | | | | Sold | 04/14/20 | J | | |
| 31.  General Dynamics Corp (369550108) | A | Dividend | J | T | | | | | |
| 32.  Gilead Sciences Inc(375558103) | | None | | | Sold | 02/07/20 | J | A | |
| 33.  Home Depot Inc/The (437076102) | A | Dividend | J | T | | | | | |
| 34.  Honeywell International Inc (438516106) | A | Dividend | J | T | Buy | 04/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   iShares Russell 1000 Growth ETF (464287614) | A | Dividend | M | T | Buy (add'l) | 05/18/20 | J | | |
| 36. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 37.   Johnson & Johnson (478160104) | A | Dividend | J | T | Buy | 02/07/20 | J | | |
| 38.   JPMorgan Chase & Co (46625H100) | A | Dividend | J | T | | | | | |
| 39.   Merck & Co Inc (58933Y105) | A | Dividend | J | T | | | | | |
| 40.   MetLife Inc (59156R108) | A | Dividend | J | T | | | | | |
| 41.   Microsoft Corp (594918104) | A | Dividend | J | T | Sold (part) | 10/06/20 | J | A | |
| 42.   NextEra Energy Inc (65339F101) | A | Dividend | J | T | Sold (part) | 10/06/20 | J | A | |
| 43.   PepsiCo Inc (713448108) | A | Dividend | J | T | | | | | |
| 44.   Procter and Gamble Co/The (742718109) | A | Dividend | J | T | | | | | |
| 45.   Qualcomm Inc (747525103) | A | Dividend | J | T | | | | | |
| 46.   Raytheon Co (75513E101) | A | Dividend | | | Sold | 09/16/20 | J | | |
| 47.   Sysco Corp (871829107) | A | Dividend | J | T | | | | | |
| 48.   Texas Instruments Inc (882508104) | A | Dividend | J | T | | | | | |
| 49.   Truist Financial Corp (89832Q109) | A | Dividend | J | T | | | | | |
| 50.   Union Pacific Corp (907818108) | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 51.   UnitedHeath Group Inc (91324P102) | A | Dividend | J | T | Buy | 04/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. US Bancorp (902973304) | A | Dividend | J | T | | | | | |
| 53. United Parcel Service Inc (911312106) | A | Dividend | | | Sold | 04/14/20 | J | | |
| 54. Verizon Communications Inc (92343V104) | A | Dividend | J | T | Buy<br>(add'l) | 04/14/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 56. Walmart Inc (931142103) | A | Dividend | J | T | | | | | |
| 57. Waste Management Inc (94106L109) | A | Dividend | J | T | Buy<br>(add'l) | 09/16/20 | J | | |
| 58. Alliant Energy Corp (018802108) | A | Dividend | J | T | | | | | |
| 59. Arthur J Gallagher & Co (363576109) | A | Dividend | J | T | | | | | |
| 60. Clorox Co/The (189054109) | A | Dividend | J | T | Sold<br>(part) | 01/08/20 | J | | |
| 61. Genuine Parts Co (372460105) | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 62. Hasbro Inc (418056107) | A | Dividend | | | Sold | 09/16/20 | J | | |
| 63. Hershey Co/The (427866108) | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 64. Hubbell Inc (443510607) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 65. iShares Russell 2000 ETF (464287655) | A | Dividend | L | T | | | | | |
| 66. iShares Russell Mid-Cap ETF (464287499) | A | Dividend | L | T | | | | | |
| 67. MSC Industrial Direct Co Inc (553530106) | A | Dividend | J | T | Buy<br>(add'l) | 01/08/20 | J | | |
| 68. | | | | | Sold<br>(part) | 10/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nasdaq Inc (631103108) | A | Dividend | J | T | | | | | |
| 70. Omnicom Group Inc (681919106) | A | Dividend | J | T | | | | | |
| 71. PPL Corp (69351T106) | A | Dividend | J | T | | | | | |
| 72. Sabre Corp (78573M104) | | None | | | Sold | 01/08/20 | J | A | |
| 73. Watsco INC (942622200) | A | Dividend | | | Sold | 04/14/20 | J | A | |
| 74. Williams-Sonoma Inc (969904101) | | None | | | Sold | 01/08/20 | J | A | |
| 75. Broadcom Inc (11135F101) | A | Dividend | | | Sold | 04/14/20 | J | | |
| 76. Chubb Limited Com (H1467J104) | A | Dividend | J | T | Sold (part) | 01/08/20 | J | A | |
| 77. Eaton Corp PLC (G29183103) | A | Dividend | | | Sold | 05/18/20 | J | | |
| 78. Invesco Ltd (G491BT108) | A | Dividend | | | Sold | 04/14/20 | J | | |
| 79. iShares Core MSCI EAFE ETF (46432F842) | B | Dividend | L | T | Buy (add'l) | 01/08/20 | J | | |
| 80. iShares Core MSCI Emerging Markets ETF (46434G103) | B | Dividend | L | T | Buy (add'l) | 01/08/20 | J | | |
| 81. | | | | | Sold (part) | 05/18/20 | K | | |
| 82. LyondellBasell Industries NV (N53745100) | A | Dividend | J | T | Buy (add'l) | 09/16/20 | J | | |
| 83. TE Connectivity Ltd (H84989104) | A | Dividend | J | T | | | | | |
| 84. Air Lease Corp 3.75% 01 Jun 2026 (00914AAB8) | A | Interest | J | T | | | | | |
| 85. American Express Credit Corp 2.6% 14 Sep 2020 (0258M0DX4) | A | Interest | | | Expired | 08/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. American Honda Finance Corp 2.65% 12 Feb 2021 (02665WCD1) | A | Interest | J | T | | | | | |
| 87. Amgen Inc 2.25% 19 Aug 2023 (031162CH1) | A | Interest | J | T | | | | | |
| 88. Apple Inc 1.25% 20 Aug 2030 (037833DY3) | | None | J | T | Buy | 08/14/20 | J | | |
| 89. Apple Inc 2.1% 12 Sep 2022 (037833DC1) | A | Interest | J | T | | | | | |
| 90. Apple Inc 2.3% 11 May 2022 (037833CQ1) | | None | | | Sold | 03/26/20 | J | A | |
| 91. Bank of America Corp Variable 3.559% 23 Apr 2027 (06051GHT9) | A | Interest | J | T | | | | | |
| 92. Biogen Inc 2.9% 15 Sep 2020 (09062XAC7) | A | Interest | | | Expired | 05/28/20 | J | A | |
| 93. BP Capital Markets America Inc 3.796% 21 Sep 2025 (10373QAB6) | A | Interest | J | T | Sold (part) | 01/07/20 | J | A | |
| 94. Capital One Financial Co 3.65% 11 May 2027 (14040HCE3) | A | Interest | J | T | Buy | 05/05/20 | J | | |
| 95. | | | | | Sold (part) | 12/04/20 | J | A | |
| 96. Capital One Financial Corp 2.5% 12 May 2020 (14040HBP9) | | None | | | Sold | 05/07/20 | J | A | |
| 97. Chevron Corp 2.954% 16 May 2026 (166764BL3) | | None | | | Buy | 03/16/20 | J | | |
| 98. | | | | | Sold | 04/15/20 | J | A | |
| 99. Charles Schwab Corp/The .9% 11 Mar 2026 (808513BF1) | | None | J | T | Buy | 12/08/20 | J | | |
| 100. | | | | | Buy (add'l) | 12/09/20 | J | | |
| 101. Citigroup Inc Variable .776% 30 Oct 2024 (172967MT5) | | None | J | T | Buy | 10/23/20 | J | | |
| 102. Citigroup Inc 2.65% 26 Oct 2020 (172967KB6) | A | Interest | | | Matured | 10/26/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Duke Energy Corp 2.4% 15 Aug 2022 (26441CAW5) | A | Interest | J | T | | | | | |
| 104.  DowDuPont Inc 4.205% 15 Nov 2023 (26078JAB6) | A | Interest | J | T | Sold (part) | 01/07/20 | J | A | |
| 105. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 106.  Exxon Mobil Corp 2.44% 16 Aug 2029 (30231GBE1) | A | Interest | J | T | | | | | |
| 107.  Fannie Mae Pool FN AX5306 3.5% 01 Jan 2027 (3138Y63Q5) | A | Interest | J | T | | | | | |
| 108.  Fannie Mae Pool FN BH9277 3.5% 01 Feb 2048 (3140GYJX8) | B | Interest | K | T | | | | | |
| 109.  Fannie Mae Pool FN BJ9969 4% 01 May 2048 (3140HCCF1) | A | Interest | J | T | | | | | |
| 110.  Fannie Mae Pool FN BM1423 2.5% 01 May 2032 (3140J5SM2) | A | Interest | J | T | | | | | |
| 111.  Fannie Mae Pool FN BM5112 3% 01 Nov 2033 (3140J9VE8) | A | Interest | J | T | | | | | |
| 112.  Fannie Mae Pool FN BN0340 4.5% 01 Dec 2048 (3140JGLW3) | A | Interest | J | T | | | | | |
| 113.  Fannie Mae Pool FN CA5216 3% 01 Feb 2050 (3140QCYNO) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 114.  Fannie Mae Pool FN FM1000 3% 01 Apr 2047 (3140X4DE3) | A | Interest | J | T | | | | | |
| 115.  Fannie Mae Pool FN FM1148 3.5% 01 Dec 2048 (3140X4H25) | A | Interest | J | T | | | | | |
| 116.  Fannie Mae Pool FN FM1456 2.5% 01 Sep 2028 (3140X4TN6) | A | Interest | J | T | | | | | |
| 117.  Fannie Mae Pool FN MA3537 4.5% 01 Dec 2048 (31418C4X9) | A | Interest | J | T | Buy | 01/08/20 | J | | |
| 118.  Federal National Mortgage Association 2.125% 24 Apr 2026 (3135G0K36) | A | Interest | J | T | | | | | |
| 119.  Fifth Third Bank/Cincinnati OH 2.25% 14 Jun 2021 (31677QBG3) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ford Motor Credit Co LLC 3.157% 04 Aug 2020 (345397XK4) | A | Interest | | | Matured | 08/04/20 | J | | |
| 121. Freddie Mac Gold Pool F G14606 2.5% 010 Nov 2027 (3128MDKT9) | A | Interest | J | T | Buy | 03/06/20 | J | | |
| 122. Freddie Mac Gold Pool FG G60985 3% 01 May 2047 (31335BCW4) | A | Interest | J | T | | | | | |
| 123. Freddie Mac Gold Pool F G67703 3.5% 01 Apr 2047 (3132XCRY3) | A | Interest | J | T | Buy | 11/06/20 | J | | |
| 124. Freddie Mac Gold Pool F ZS4778 4% 01 Jul 2048 (3132A5JX4) | A | Interest | J | T | Buy | 01/08/20 | J | | |
| 125. Freddie Mac Pool F ZT1703 4% 01 Jan 2049 (3132AD3L0) | | None | J | T | Buy | 12/07/20 | J | | |
| 126. General Electric Co 5.3% 11 Feb 2021 (369622SM8) | A | Interest | | | Expired | 05/19/20 | J | | |
| 127. Gilead Sciences Inc 3.65% 01 Mar 2026 (375558BF9) | A | Interest | J | T | Sold (part) | 01/07/20 | J | A | |
| 128. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 129. | | | | | Sold (part) | 11/05/20 | J | A | |
| 130. Goldman Sachs Group Inc/The Variable 2.905% 24 Jul 2023 (38141GWM2) | A | Interest | J | T | | | | | |
| 131. HP Inc 3.4% 17 Jun 2030 (40434LAC9) | A | Interest | J | T | Buy | 06/09/20 | J | | |
| 132. HSBC Holdings PLC Variable 3.979% 22 May 2030 (404280CC1) | A | Interest | J | T | Sold (part) | 01/07/20 | J | A | |
| 133. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 134. | | | | | Sold (part) | 12/04/20 | J | A | |
| 135. International Business Machines Corp 3.45% 19 Feb 2026 (459200JG7) | A | Interest | J | T | Sold (part) | 01/07/20 | J | A | |
| 136. | | | | | Buy (add'l) | 09/04/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 12/04/20 | J | A | |
| 138. International Business Machines Corp 3.5%<br>15 May 2029 (459200KA8) | A | Interest | J | T | Sold<br>(part) | 01/07/20 | J | A | |
| 139. iShares Core U.S Aggregate Bond ETF<br>(464287226) | B | Interest | L | T | Buy<br>(add'l) | 01/08/20 | J | | |
| 140. Kroger Co/The 2.65% 15 Oct 2026<br>(501044DE8) | A | Interest | J | T | | | | | |
| 141. Lowe's Co/The 3.65% 05 Apr 2029<br>(548661DR5) | A | Interest | J | T | Buy | 03/16/20 | J | | |
| 142. | | | | | Sold<br>(part) | 07/07/20 | J | A | |
| 143. Molson Coors Brewing Co 3.5% 01 May<br>2022 (60871RAC4) | A | Interest | J | T | | | | | |
| 144. Morgan Stanley 3.7% 23 Oct 2024<br>(61761JVL0) | A | Interest | J | T | | | | | |
| 145. Oracle Corp 2.625% 15 Feb 2023<br>(68389XBR5) | A | Interest | J | T | | | | | |
| 146. Prudential Financial Inc 4.5% 15 Nov 2020<br>(74432QBP9) | A | Interest | | | Matured | 11/16/20 | J | | |
| 147. Southern Co 3.70% 30 Apr 2030<br>(842587DE4) | A | Interest | J | T | Buy | 04/01/20 | J | | |
| 148. | | | | | Sold<br>(part) | 07/07/20 | J | A | |
| 149. TD Ameritrade Holding Corp 3.75% 01 Apr<br>2024 (87236YAH1) | A | Interest | J | T | Sold<br>(part) | 01/07/20 | J | A | |
| 150. | | | | | Buy<br>(add'l) | 05/06/20 | J | | |
| 151. The Charles Schwab Corp Snr PIDI Nts<br>3.25% 21 May 2021 (808513AW5) | A | Interest | | | Sold | 12/09/20 | J | | |
| 152. Toyota Motor Credit Corp 2.95% 13 Apr<br>2021 (89236TEU5) | A | Interest | J | T | | | | | |
| 153. Toyota Motor Credit Corp 3.4% 15 Sep<br>2021 (89233P5F9) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Truist Financial Corp 2.7% 27 Jan 2022 (867914BM4) | A | Interest | J | T | | | | | |
| 155. United States Treasury Note Bond (912828YB0) | A | Interest | K | T | Sold (part) | 03/05/20 | J | A | |
| 156. | | | | | Sold (part) | 03/16/20 | J | A | |
| 157. | | | | | Sold (part) | 04/01/20 | J | A | |
| 158. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 159. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 160. | | | | | Sold (part) | 08/13/20 | J | A | |
| 161. | | | | | Sold (part) | 08/14/20 | J | A | |
| 162. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 163. United States Treasury Note Bond (912828R36) | A | Interest | K | T | Sold (part) | 04/07/20 | J | A | |
| 164. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 165. | | | | | Sold (part) | 11/05/20 | J | A | |
| 166. United States Treasury Note Bond (912828WZ9) | A | Interest | K | T | Buy (add'l) | 11/17/20 | J | | |
| 167. United States Treasury Note Bond (912828ZTO) | A | Interest | K | T | Buy | 06/04/20 | J | | |
| 168. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 169. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 170. | | | | | Buy (add'l) | 12/04/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. United States Treasury Note Bond (9128283W8) | A | Interest | J | T | Sold (part) | 01/07/20 | J | A | |
| 172. United States Treasury Note Bond (91282CAL5) | | None | J | T | Buy | 10/06/20 | J | | |
| 173. United States Treasury Note Bond (912828ZG8) | A | Interest | J | T | Buy | 03/26/20 | J | | |
| 174. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 175. | | | | | Buy (add'l) | 04/13/20 | J | | |
| 176. | | | | | Buy (add'l) | 05/21/20 | J | | |
| 177. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 178. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 179. | | | | | Sold (part) | 06/09/20 | J | A | |
| 180. United States Treasury Note Bond (912828PC8) | A | Interest | | | Buy (add'l) | 01/30/20 | J | | |
| 181. | | | | | Sold (part) | 03/16/20 | J | A | |
| 182. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 183. | | | | | Matured | 11/16/20 | J | | |
| 184. United States Treasury Note Bond (912828H52) | A | Interest | | | Matured | 01/31/20 | J | A | |
| 185. Valero Energy Corp 3.4% 15 Sep 2026 (91913YAU4) | A | Interest | J | T | | | | | |
| 186. Verizon Communications Inc .85% 20 Nov 2025 (92343VFSB) | | None | J | T | Buy | 11/10/20 | J | | |
| 187. Walmart Inc 3.55% 26 Jun 2025 (931142ED1) | A | Interest | J | T | Sold (part) | 03/05/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Wells Fargo Bank Na 2.6% 15 Jan 2021 (94988J5N3) | A | Interest | J | T | | | | | |
| 189. Bank of Nova Scotia/The 2.2% 03 Feb 2025 (064159TF3) | A | Interest | J | T | Buy | 01/07/20 | J | | |
| 190. Bank of Nova Scotia/The 1.85% 14 Apr 2020 (06416CAB4) | A | Interest | | | Matured | 04/14/20 | J | A | |
| 191. Equinor ASA 3.7% 01 Mar 2024 (85771PAN2) | A | Interest | J | T | Sold (part) | 01/07/20 | J | A | |
| 192. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 193. Lloyds Banking Group Plc SNR PIDI NTS 4.375% 22 Mar 2028 (539439AR0) | A | Interest | J | T | | | | | |
| 194. Mitsubishi UFJ Financial Group Inc 2.801% 18 Jul 2024 (606822BJ2) | A | Interest | J | T | | | | | |
| 195. Royal Bank of Canada 2.5% 19 Jan 2021 (78012KKU0) | A | Interest | J | T | | | | | |
| 196. Shell International Finance BV 2.375% 07 Nov 2029 (822582CD2) | A | Interest | J | T | Buy | 04/15/20 | J | | |
| 197. Account #2 (H) | | | | | | | | | |
| 198. Regions Trust Cash Sweep (cash) (X) | A | Interest | J | T | | | | | |
| 199. AbbVie Inc (00287Y109) | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 200. Air Products & Chemicals Inc (009158106) | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 201. Bank of America Corp (060505104) | A | Dividend | J | T | | | | | |
| 202. BlackRock Inc (09247X101) | A | Dividend | J | T | | | | | |
| 203. Bristol-Myers Squibb Co (110122108) (X) | A | Dividend | J | T | | | | | |
| 204. Chevron Corp (166764100) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Coca-Cola Co/The (191216100) | A | Dividend | J | T | | | | | |
| 206. Comcast Corp (20030N101) | A | Dividend | J | T | | | | | |
| 207. CVS Health Corp (126650100) | A | Dividend | J | T | | | | | |
| 208. Dominion Resources Inc/VA (25746U109) | A | Dividend | J | T | | | | | |
| 209. DowDuPont Inc (26078J100) | | None | | | Sold | 01/14/20 | J | | |
| 210. Eli Lilly & Co (532457108) | A | Dividend | J | T | | | | | |
| 211. Exelon Corp (30161N101) | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 212. General Dynamics Corp (369550108) | A | Dividend | J | T | | | | | |
| 213. Gilead Sciences Inc(375558103) | | None | | | Sold | 01/14/20 | J | A | |
| 214. Home Depot Inc/The (437076102) | A | Dividend | J | T | | | | | |
| 215. Honeywell International Inc (438516106) | A | Dividend | J | T | Buy | 04/03/20 | J | | |
| 216. iShares Russell 1000 Growth ETF (464287614) | A | Dividend | K | T | Sold (part) | 03/13/20 | J | | |
| 217. Johnson & Johnson (478160104) | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 218. JPMorgan Chase & Co (46625H100) | A | Dividend | J | T | | | | | |
| 219. Merck & Co Inc (58933Y105) | A | Dividend | J | T | | | | | |
| 220. MetLife Inc (59156R108) | A | Dividend | J | T | | | | | |
| 221. Microsoft Corp (594918104) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. NextEra Energy Inc (65339F101) | A | Dividend | J | T | | | | | |
| 223. PepsiCo Inc (713448108) | A | Dividend | J | T | | | | | |
| 224. Procter and Gamble Co/The (742718109) | A | Dividend | J | T | | | | | |
| 225. Qualcomm Inc (747525103) (X) | A | Dividend | J | T | | | | | |
| 226. Sysco Corp (871829107) | A | Dividend | J | T | | | | | |
| 227. Texas Instruments Inc (882508104) | A | Dividend | J | T | | | | | |
| 228. Truist Financial Corp (89832Q109) | A | Dividend | J | T | | | | | |
| 229. Union Pacific Corp (907818108) | A | Dividend | J | T | Buy | 09/14/20 | J | | |
| 230. United Parcel Service Inc (911312106) | A | Dividend | | | Sold | 04/03/20 | J | | |
| 231. US Bancorp (902973304) | A | Dividend | J | T | | | | | |
| 232. Verizon Communications Inc (92343V104) | A | Dividend | J | T | | | | | |
| 233. Walmart Inc (931142103) | A | Dividend | J | T | | | | | |
| 234. Waste Management Inc (94106L109) | A | Dividend | J | T | | | | | |
| 235. Alliant Energy Corp (018802108) | A | Dividend | J | T | | | | | |
| 236. Arthur J Gallagher & Co (363576109) | A | Dividend | J | T | | | | | |
| 237. Hershey Co/The (427866108) | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 238. Hubbell Inc (443510607) | A | Dividend | J | T | Buy | 03/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. Hasbro Inc (418056107) | A | Dividend | | | Sold | 09/14/20 | J | | |
| 240. iShares Russell 2000 ETF (464287655) | A | Dividend | K | T | | | | | |
| 241. iShares Russell Mid-Cap ETF (464287499) | A | Dividend | K | T | | | | | |
| 242. MSC Industrial Direct Co Inc (553530106) | A | Dividend | J | T | | | | | |
| 243. Nasdaq Inc (631103108) | A | Dividend | J | T | | | | | |
| 244. Omnicom Group Inc (681919106) | A | Dividend | J | T | | | | | |
| 245. Broadcom Inc (11135F101) | | None | | | Sold | 03/12/20 | J | | |
| 246. Chubb Limited Com (H1467J104) | A | Dividend | J | T | | | | | |
| 247. Eaton Corp PLC (G29183103) | A | Dividend | | | Sold | 05/19/20 | J | | |
| 248. iShares Core MSCI EAFE ETF (46432F842) | A | Dividend | K | T | | | | | |
| 249. iShares Core MSCI Emerging Markets ETF (46434G103) | A | Dividend | K | T | Sold<br>(part) | 05/19/20 | J | | |
| 250. Lyondell Basell Industries NV (N53745100) | A | Dividend | J | T | | | | | |
| 251. TE Connectivity LTD (H84989104) (X) | A | Dividend | J | T | | | | | |
| 252. Account #3 (H) | | | | | | | | | |
| 253. Regions Federated Treasury Obligations Fund (cash) | A | Interest | J | T | | | | | |
| 254. Vanguard Sector Index Fds Vanguard Consumer Discretionary ETF (VCR) | A | Dividend | K | T | Sold | 03/03/20 | K | A | |
| 255. | | | | | Buy | 03/31/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Vanguard Sector Index Fds Vanguard Consumer Staples ETF (VDC) | A | Dividend | K | T | Sold | 03/03/20 | K | A | |
| 257. | | | | | Buy | 03/31/20 | K | | |
| 258. Vanguard Sector Index Fds Vanguard Energy ETF (VDE) | A | Dividend | K | T | Sold | 03/03/20 | J | | |
| 259. | | | | | Buy | 03/31/20 | K | | |
| 260. | | | | | Sold (part) | 04/15/20 | J | A | |
| 261. Vanguard Sector Index Fds Vanguard Financials ETF (VFH) | A | Dividend | K | T | Sold | 03/03/20 | J | | |
| 262. | | | | | Buy | 03/31/20 | K | | |
| 263. Vanguard World Funds Vanguard Health Care ETF (VHT) | A | Dividend | K | T | Sold | 03/03/20 | K | | |
| 264. | | | | | Buy | 03/31/20 | K | | |
| 265. Vanguard Sector Index Fds Vanguard Industrials ETF (VIS) | A | Dividend | K | T | Sold | 03/03/20 | K | | |
| 266. | | | | | Buy | 03/31/20 | K | | |
| 267. Vanguard Sector Index Fds Vanguard Information Technology ETF (VGT) | A | Dividend | K | T | Sold | 03/03/20 | K | C | |
| 268. | | | | | Buy | 03/31/20 | K | | |
| 269. Vanguard Sector Index Fds Vanguard Materials ETF (VAW) | A | Dividend | K | T | Sold | 03/03/20 | K | | |
| 270. | | | | | Buy | 03/31/20 | K | | |
| 271. Vanguard Sector Index Fds Vanguard Utilities ETF (VPU) | A | Dividend | K | T | Sold | 03/03/20 | K | B | |
| 272. | | | | | Buy | 03/31/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. Vanguard Sector Index Fds Vanguard Telecomm Services ETF (VOX) | A | Dividend | K | T | Sold | 03/03/20 | K | A | |
| 274. | | | | | Buy | 03/31/20 | K | | |
| 275. Vanguard Sector Index Fds Vanguard Reit ETF (VNQ) | A | Dividend | K | T | Sold | 03/03/20 | K | A | |
| 276. | | | | | Buy | 03/31/20 | K | | |
| 277. Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | | | Buy | 03/03/20 | L | | |
| 278. | | | | | Sold | 03/24/20 | L | | |
| 279. Vanguard Long Term Bond ETF (BLV) | A | Dividend | | | Buy | 03/03/20 | L | | |
| 280. | | | | | Sold | 03/24/20 | K | | |
| 281. Vanguard Short Term Bond ETF (BSV) | A | Dividend | | | Buy | 03/03/20 | L | | |
| 282. | | | | | Buy (add'l) | 03/10/20 | M | | |
| 283. | | | | | Sold (part) | 03/25/20 | J | | |
| 284. | | | | | Sold | 03/31/20 | M | B | |
| 285. Account #4 (H) | | | | | | | | | |
| 286. T-C Lifecycle 2040-Prem | | None | J | T | | | | | |
| 287. Account #5 (H) | | | | | | | | | |
| 288. Regions Trust Cash Sweep (cash) | A | Interest | J | T | | | | | |
| 289. AbbVie Inc (00287Y109) | A | Dividend | J | T | Buy | 02/10/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Air Products and Chemicals Inc (009158106) | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 291. Apple Inc (037833100) | A | Dividend | J | T | | | | | |
| 292. AT&T Inc (00206R102) | A | Dividend | | | Sold | 02/10/20 | J | A | |
| 293. Bank of America Corp (060505104) | A | Dividend | J | T | | | | | |
| 294. BlackRock Inc (09247X101) | A | Dividend | J | T | | | | | |
| 295. Bristol-Myers Squibb Co (110122108) | A | Dividend | J | T | | | | | |
| 296. Chevron Corp (166764100) | A | Dividend | J | T | Buy (add'l) | 09/17/20 | J | | |
| 297. Cisco Systems Inc (17275R102) | A | Dividend | J | T | Buy | 02/10/20 | J | | |
| 298. Coca-Cola Co/The (191216100) | A | Dividend | J | T | | | | | |
| 299. Comcast Corp (20030N101) | A | Dividend | J | T | | | | | |
| 300. CVS Health Corp (126650100) | A | Dividend | J | T | | | | | |
| 301. Dominion Resources Inc/VA (25746U109) | A | Dividend | J | T | Buy (add'l) | 02/10/20 | J | | |
| 302. DuPont de Nemours Inc (26614N102) | | None | | | Sold | 02/10/20 | J | | |
| 303. Eli Lilly & Co (532457108) | A | Dividend | J | T | | | | | |
| 304. Exelon Corp (30161N101) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 305. Exxon Mobil Corp (30231G102) | A | Dividend | J | T | | | | | |
| 306. First Trust Capital Strength ETF (33733E104) | A | Dividend | | | Sold | 09/17/20 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. First Trust Value Line Divid Index Fd (33734H106) | A | Dividend | | | Sold | 05/19/20 | J | A | |
| 308. General Dynamics Corp (369550108) | A | Dividend | J | T | | | | | |
| 309. Gilead Sciences Inc (375558103) | | None | | | Sold | 02/10/20 | J | A | |
| 310. Home Depot Inc/The (437076102) | A | Dividend | J | T | | | | | |
| 311. Honeywell International Inc (438516106) | A | Dividend | J | T | Buy | 04/16/20 | J | | |
| 312. iShares Russell 1000 Growth ETF (464287614) | A | Dividend | M | T | Buy (add'l) | 03/24/20 | J | | |
| 313. | | | | | Buy (add'l) | 05/19/20 | K | | |
| 314. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 315. Johnson & Johnson (478160104) | A | Dividend | J | T | Buy | 02/10/20 | J | | |
| 316. JPMorgan Chase & Co (46625H100) | A | Dividend | J | T | | | | | |
| 317. Merck & Co Inc (58933Y105) | A | Dividend | J | T | | | | | |
| 318. MetLife Inc (59156R108) | A | Dividend | J | T | | | | | |
| 319. Microsoft Corp (594918104) | A | Dividend | J | T | | | | | |
| 320. NextEra Energy Inc (65339F101) | A | Dividend | J | T | | | | | |
| 321. PepsiCo Inc (713448108) | A | Dividend | J | T | | | | | |
| 322. Procter and Gamble Co/The (742718109) | A | Dividend | J | T | | | | | |
| 323. Qualcomm Inc (747525103) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  Schlumberger Ltd (806857108) | A | Dividend | | | Sold | 03/24/20 | J | | |
| 325.  Sysco Corp (871829107) | A | Dividend | J | T | | | | | |
| 326.  Texas Instruments Inc (882508104) | A | Dividend | J | T | | | | | |
| 327.  Truist Financial Corp (89832Q109) | A | Dividend | J | T | | | | | |
| 328.  Union Pacific Corp (907818108) | A | Dividend | J | T | Buy | 09/17/20 | J | | |
| 329.  UnitedHealth Group Inc (91324P102) (X) | A | Dividend | J | T | | | | | |
| 330.  United Parcel Service Inc (911312106) | A | Dividend | | | Sold | 04/14/20 | J | | |
| 331.  US Bancorp (902973304) | A | Dividend | J | T | | | | | |
| 332.  Verizon Communications Inc (92343V104) | A | Dividend | J | T | Buy<br>(add'l) | 02/10/20 | J | | |
| 333.  Walmart Inc (931142103) | A | Dividend | J | T | | | | | |
| 334.  Waste Management Inc (94106L109) | A | Dividend | J | T | Buy<br>(add'l) | 09/17/20 | J | | |
| 335.  Alliant Energy Corp (018802108) | A | Dividend | J | T | | | | | |
| 336.  Arthur J Gallagher & Co (363576109) | A | Dividend | J | T | | | | | |
| 337.  Clorox Co/The (189054109) | A | Dividend | J | T | | | | | |
| 338.  Genuine Parts Co (372460105) | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 339.  Hershey Co/The (427866108) | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 340.  Fifth Third Bancorp (316773100) | A | Dividend | | | Buy | 02/10/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 04/14/20 | J | | |
| 342. Hasbro Inc (418056107) | A | Dividend | | | Sold | 09/17/20 | J | | |
| 343. Hubbell Inc (443510607) | A | Dividend | J | T | Buy | 03/24/20 | J | | |
| 344. Invesco Ltd (G491BT108) | A | Dividend | | | Sold | 04/14/20 | J | | |
| 345. iShares Russell 2000 ETF (464287655) | A | Dividend | L | T | Buy (add'l) | 09/17/20 | J | | |
| 346. iShares Russell Mid-Cap ETF (464287499) | A | Dividend | L | T | Buy (add'l) | 09/17/20 | J | | |
| 347. MSC Industrial Direct Co Inc (553530106) | A | Dividend | J | T | | | | | |
| 348. Nasdaq Inc (631103108) | A | Dividend | J | T | | | | | |
| 349. Omnicom Group Inc (681919106) | A | Dividend | J | T | | | | | |
| 350. Sabre Corp (78573M104) | | None | | | Sold | 02/10/20 | J | | |
| 351. Williams-Sonoma Inc (969904101) | A | Dividend | | | Sold | 02/10/20 | J | A | |
| 352. Broadcom Inc (11135F101) | A | Dividend | | | Sold | 03/24/20 | J | | |
| 353. Chubb Limited Com (H1467J104) | A | Dividend | J | T | | | | | |
| 354. Eaton Corp PLC (G29183103) | | None | | | Sold | 05/19/20 | J | | |
| 355. iShares Core MSCI EAFE ETF (46432F842) | B | Dividend | L | T | Buy (add'l) | 09/17/20 | J | | |
| 356. iShares Core MSCI Emerging Markets ETF (46434G103) | B | Dividend | L | T | Sold (part) | 05/19/20 | J | | |
| 357. | | | | | Buy (add'l) | 09/17/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  LyondellBasell Industries NV (N53745100) | A | Dividend | J | T | | | | | |
| 359.  TE Connectivity Ltd (H84989104) | A | Dividend | J | T | | | | | |
| 360.  Account #6 (H) | | | | | | | | | |
| 361.  Lincoln Stable Value Account (cash) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 04/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

U.S. Treasury Note Bonds are identified individually in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 04/15/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hope T. Cannon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544